UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MELANIE BECKEMEYER | : | CASE NO. 1:17-cv-00695 |
| Plaintiff, | : | JUDGE BARRETT |
| v. | : | MAGISTRATE JUDGE LITKOVITZ |
| GELCO CORPORATION dba Element Fleet Management | : | |
| | : | |
| Defendant. | | |

### AFFIDAVIT OF SCOTT W. MCMAHON, M.D.

Now comes Affiant, Scott W. McMahon, M.D., and having been duly sworn, deposes and states that he has personal knowledge of the following:

1) Attached hereto as Exhibit 1 is a true and accurate copy of my curriculum vitae.

2) Attached hereto as Exhibit 2 is a true and accurate copy of my report in this case, expressing opinions I hold within reasonable medical certainty, based on my education, training, experience and evaluation of Dr. Melanie Beckemeyer.

FURTHER AFFIANT SAYETH NAUGHT.

_____
SCOTT W. MCMAHON, M.D.

STATE OF NEW MEXICO )
COUNTY OF Chaves )

Sworn to and signed in my presence by SCOTT W. MCMAHON, M.D. this 24th day of April, 2019.

_____
Notary Public

[Notary Seal: OFFICIAL SEAL, JENNIFER VILLARREAL, Notary Public, State of New Mexico, My Comm. Expires 8/25/20]

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed using the Court's CM/ECF system and that a copy was served electronically via that system this 29th day of April, 2019:

Konrad Kircher (0059249)